Name: Alex Garcia
ACDF# 21-966  UNIT A-115
ADAMS COUNTY DETENTION FACILITY
150 North 19th Avenue
Brighton, CO 80601-1951

DENVER CO 802
19 APR 2023 PM 9 L

LEGAL MAIL
APR 19 2023

United States District Court
For The District Of Colorado
901-19th Street
Denver, Colorado 80294-3589